ACTION TRACTOR–TRAILER ACADEMY, INC. v.
PACCAR FINANCIAL CORP.

January 17, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. OTIS BENNETT.

January 17, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. TOMMY L. WILSON.

January 17, 1984.

Petition for certification denied.

IN THE MATTER OF THE SUSPENSION OR REVOCATION OF
THE LICENSE OF VEERABHADRA RAU ALURI, M.D., TO
PRACTICE MEDICINE AND SURGERY IN THE STATE OF
NEW JERSEY.

January 17, 1984.

Petition for certification denied.